# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHENZENG DU;<br>MAPUCHE, LLC,<br><br>            Plaintiffs,<br>      v.<br><br>JANET NAPOLITANO, *et al.*,<br><br>            Defendants. | Civil Action No. 11-01540-CKK |

## JOINT STIPULATION OF DISMISSAL OF
## PLAINTIFFS' COMPLAINT WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Zhengzeng Du and Mapuche, LLC, and Defendants Janet Napolitano, Secretary, Department of Homeland Security, and Alejandro Mayorkas, Director, U.S. Citizenship and Immigration Services (USCIS). consent to the dismissal of Plaintiffs' complaint with prejudice and stipulate as follows:

(1) As of the date of this stipulation, U.S. Citizenship and Immigration Services has completed the adjudication of Plaintiff Du's application of adjustment of status to that of lawful permanent resident (on February 2, 2012), in addition to the application of his wife (on February 29, 2012), and two children (April 9, 2012).

(2) Plaintiffs agrees that the foregoing provides them with the primary relief that they sought from the Court.

(3) Accordingly, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this case with prejudice.

(4) The parties agree that each party will bear its own costs, including attorneys fees under the Equal Access to Justice Act or any other provision of law.

//

| | |
|---|---|
| DATED: April 12, 2012 | Respectfully submitted, |
| Attorney for Plaintiffs | Attorneys for Defendants |
| *s/John T. Riely* | STUARY F. DELERY |
| LAWRENCE P. LATAIF | Acting Assistant Attorney General |
| Lawrence P. Lataif LLC | Civil Division |
| 650 Beacon Street, Suite 100 | |
| Boston, MA 02215 | |
| (617) 262-1600 | DAVID J. KLINE |
| LLataif@Lataif.com | Director |
| | /s/ Jeffrey S. Robins |
| | JEFFREY S. ROBINS |
| | Assistant Director |
| | United States Department of Justice |
| | Civil Division |
| | Office of Immigration Litigation |
| | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | (202) 616-1246 |
| | Jeffrey.Robins@usdoj.gov |